TRAVIA ET AL. *v.* LOMENZO, SECRETARY OF
STATE OF NEW YORK, ET AL.

No. 191. Decided October 11, 1965.

*Simon H. Rifkind* and *Edward N. Costikyan* for
appellants.

*Louis J. Lefkowitz,* Attorney General of New York,
*Daniel M. Cohen,* Assistant Solicitor General, *Donald
Zimmerman,* Special Assistant Attorney General, *George
D. Zuckerman,* Assistant Attorney General, and *Willis
Burton Lemon* for appellees.

PER CURIAM.

The motion to dispense with printing the jurisdictional
statement is granted.

The motions to affirm are granted and the judgment is
affirmed.

MR. JUSTICE FORTAS took no part in the consideration
or decision of this case.

[For concurring opinion of MR. JUSTICE HARLAN, see
No. 85, *WMCA, Inc., et al.* v. *Lomenzo, Secretary of State
of New York, et al., ante,* p. 4.]